# UNITED STATES BANKRUPTCY APPELLATE PANEL
# FOR THE FIRST CIRCUIT

### TRANSMITTAL TO UNITED STATES COURT OF APPEALS
### FOR THE FIRST CIRCUIT

TO: Anastasia Dubrovsky, Clerk
United States Court of Appeals
for the First Circuit
One Courthouse Way - Suite 2-500
Boston, MA 02210

| |
|---|
| Case Name: Muszynski |
| Appellant: Charles Muszynski |
| BAP Case No. PR 24-011 |
| Bankruptcy Case No. 23-02870-MCF |
| Adversary No. N/A |

TRANSMITTED HEREWITH ARE THE FOLLOWING:

- [X] Notice of Appeal
- [X] Panel's Opinion and Judgment Dated: March 7, 2025
- [X] Appellant included the following to his Notice of Appeal:
  Exhibit 1: May 21, 2024 Opinion and Order of U.S. Bankruptcy Court for the District of Puerto Rico
  Exhibit 2: Panel's March 7, 2025 Opinion
  Exhibit 3: Panel's March 7, 2025 Judgment
  Exhibit 4: Appellant's Notice of Appearance
  Exhibit 5: Appellant's Docketing Statement
  Exhibit 6: Appellant's Transcript Form
- [X] Panel's March 31, 2025 Order Granting Appellant's Motion to Proceed In Forma Pauperis
- [X] BAP docket

FEE STATUS
- [X] See Panel's March 31, 2025 Order Granting Appellant's Motion to Proceed In Forma Pauperis
- [ ] Paid   Check No.        Receipt No.
- [ ] Not Paid

DATED: March 31, 2025                                     Leslie C. Storm, Clerk

                                                By:   /s/ Ann M. Williams
                                                      Ann M. Williams, Case Manager