IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF PUERTO RICO

In RE: }
}  Case No. 23-02870
Charles Muszynski, pro se }
Debtor }  Chapter 7
_____ }

### REQUEST FOR CERTIFICATION OF ALL TRANSCRIPTS ON RECORD AND DESIGNATION OF FINAL RECORD FOR APPEAL

Pursuant to requirements in the FRAP, LBR, and Rule 8009, Debtor requests Certification of all transcripts in the case record styled above be made, designates the Final Designation Of The Record For Appeal of all records in the case, and requests the transcripts and record for appeal be provided to the U.S. Court of Appeals for the First Circuit as soon as practible.

The designation of the Record On Appeal for transmission to the Court Of Appeals for the First Circuit includes the entire record of Debtor's bankruptcy proceedings from 11 May 2023 to present, including records originating case 23-90112 in E. D. Texas, then transferred to D. Puerto Rico 12 Sept 2023 as case #23-02870, in its second year, and BAP case 24-11, including its judgment and mandate, the case now in its third year, including all judgments and final orders and related documents.

Transcripts for Certification include the following for Debtor's Notice of Appeal, 2 April 2025, BAP Doc. #243:

a. 11 April 2023, Discovery Hearing, Doc. #152;
b. 12 May 2023, Discovery Hearing, Doc. #153;
c. 2 June 2023, 341(a) meeting, Doc. #176
d. 30 June 2023, Preliminary Hearing, Doc. #136
e. 22 August 2023, Evidentiary Hearing, Doc. #134
f. 28 February 2024, "Status Hearing", Doc. #177

Dated 14 May 2025

Respectfully submitted,

*[signature]*

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies

# CERTIFICATE OF SERVICE

      The undersigned respectfully submits these requests and states upon information and belief that this Request will be served upon the parties of interest and entities related to his case and named therein by way of the Court's CM/ECF system on the date below subsequent to filing this submission with the BAP on 14 May 2025  .

      Respectfully submitted,

*[signature]*

Charles Muszynski, pro se
usfilefolder@protonmail.com
P. O. Box 1423
Basseterre
St. Kitts and Nevis
West Indies